UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
XIAO BING ZHANG,
                              Plaintiff,

                            22 Civ. 7147 (LGS)

           -against-

                            ORDER

U.S. ATTORNEY GENERAL MERRICK
GARLAND, et al.,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS on August 22, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

       **ORDERED** that the Government shall, by **October 25, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **November 10, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: September 27, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE